## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| LOBAR ASSOCIATES, INC., | : No. 441 EAL 2019 |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| PENNSYLVANIA TURNPIKE COMMISSION, | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.